| Case No: | 14-22722 | Judge: DALE L. SOMERS | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| Case Name: | CATES SHEET METAL INDUSTRIES, INC. | | Date Filed (f) or Converted (c): | 11/17/14 (f) |
| | | | 341(a) Meeting Date: | 12/09/14 |
| For Period Ending: | 03/31/19 | | Claims Bar Date: | 08/03/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 15555 W. 108th, Lenexa, Kansas 66219 | 2,140,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Operating and Payroll Accounts | Unknown | 0.00 | OA | 0.00 | FA |
| 3. Country Club Bank | 5,584.88 | 0.00 | OA | 0.00 | FA |
| 4. Life insurance - term only | 3,000,000.00 | 0.00 | OA | 0.00 | FA |
| 5. accounts receivable | 1,200,000.00 | 0.00 | OA | 0.00 | FA |
| 6. Irwin Army Community Hospital adjustment claim | 3,280,000.00 | 150,000.00 | | 1,200,000.00 | FA |
| 7. Various claims against Stanley Bank | Unknown | 0.00 | | 0.00 | FA |
| 8. vehicles | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 9. office furniture, fixtures | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 10. machinery, equipment | 2,052,475.00 | 0.00 | OA | 0.00 | FA |
| 11. inventory | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 12. 2 trucks (u) | 22,000.00 | 22,000.00 | | 24,000.00 | FA |
| 13. 7 trailers (u) | 6,650.00 | 6,650.00 | | 6,650.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $11,896,709.88 | $178,650.00 | | $1,230,650.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/31/19 - Estate accountant is preparing final / 2018 estate tax return;

3/31/18 - Estate accountant is preparing 2017 estate tax return;

1/29/18 - Trustee received settlement proceeds;

12/11/17 - Order Approving Settlement & Compromise between Debtor & Balfour Walton (Stanley Bank adjustment claim);

3/31/17 - Pending adjustment claims (still in litigation) and estate accountant preparing 2016 estate tax returns;

| | | |
|---|---|---|
| Case No: | 14-22722  Judge: DALE L. SOMERS | Trustee Name: Steven R. Rebein, Chapter 7 Trustee |
| Case Name: | CATES SHEET METAL INDUSTRIES, INC. | Date Filed (f) or Converted (c): 11/17/14 (f) |
| | | 341(a) Meeting Date: 12/09/14 |
| | | Claims Bar Date: 08/03/15 |

3/31/16- Pending adjustment claims (in litigation) and estate accountant preparing 2015 estate tax returns;

9/9/15 - Filed Motion for Authority to Compromise or Settle Miller Act and Request for Equitable Adjustment Claims [Order Granted 10/2/15];

6/4/15 - Trustee filed motion to abandon certain property;

4/23/15 - Trustee requested POC bar dates set;

4/05/15 - Order Granting Application to Employ Robert Mayo as Estate Auctioneer;

3/23/15 - Trustee filed Motion to Sell No. 2

3/11/15 - Trustee filed Motion to Sell No. 1

1/20/15 - Order Granting Application to Employ George E. Lins as Estate Accountant ;

12/18/14 - Order Granting Application to Employ SRR as Attorney for Trustee


RE PROP# 1---Abandonment Order dated 6/29/15; Secured by Stanley Bank - RFS granted

RE PROP# 2---Abandonment Order dated 6/29/15; Secured by Stanley Bank

RE PROP# 3---Abandonment Order dated 6/29/15; Secured by Stanley Bank

RE PROP# 4---Abandonment Order dated 6/29/15; Life insurance - Paul Russell ($1,500,000) Life insurance - Carson Cates ($1,500,000) Northwestern Mutual - term policy

RE PROP# 5---Abandonment Order dated 6/29/15; Secured to Stanley Bank - RFS granted

RE PROP# 6---Court Approved Settlement Order dated 12/11/17; Compromise with secured creditor, Stanley Bank; proceeding with equitable adjustment claim;

RE PROP# 7---Potential Tortious Interference claim against Stanley Bank Potential Lender Liability claim against Stanley Bank Potential Cross Claim against Stanley Bank in the Elizabeth Cates Litigation -  Released via compromise with secured creditor, Stanley Bank - see Property #6;

RE PROP# 8---Abandonment Order dated 6/29/15:  1996 Ford Aero Maz L9000 ID# 1FTYY95U0TVA11499; 2006 Ford C9000/Cabover/Box ID# 3FRML55Z46V330093; 2007 Chevrolet Silverado 1500 ID# 1GCEC14X27Z608621; 2008 Chevrolet Silverado 1500 ID# 1GCEC14C78Z136317; 2008 Chevrolet Silverado 1500 ID# 1GCEC14C08Z256847; 2009 Chevrolet Silverado 1500 ID# 1GCEC14X39Z140224; 2011 Chevrolet Silverado 3500 HD ID# 1GB3CZCG8BF120232; 2011 Chevrolet Silverado 2500 HD ID# 1GC2CVCG3BZ278234; 1989 Dorsey Trailer ID# 1DTV12W23KW033055; 1989 Dorsey Trailer ID# 1DTV12W25W035096; 1989 Dorsey Trailer ID# 1DTV12W20KW035152; 1990 Frue Trailer ID# 1H2V04822LB029924; 1992 Waba Trailer ID# 1JJV482U0N170722; 1996 Pine Trailer ID# 1PNV532B7TH203732; 1996 Grea Trailer ID# 1GRAA0623TB011809; 1996 Wanc Trailer ID# 1JJV482Y8TL363846; 1999 Stoughton Trailer ID# 1DW1A5328XS315102; 2007 Chevrolet ID#1GCEC19X27Z195379; Wabash Trailer ID# 1JJV482UONL170736;

| | | |
|---|---|---|
| Case No: 14-22722 Judge: DALE L. SOMERS | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| Case Name: CATES SHEET METAL INDUSTRIES, INC. | Date Filed (f) or Converted (c): | 11/17/14 (f) |
| | 341(a) Meeting Date: | 12/09/14 |
| | Claims Bar Date: | 08/03/15 |

Brown Trailer ID# S614707

RE PROP# 9---Abandonment Order dated 6/29/15;

RE PROP# 10---Abandonment Order dated 6/29/15;

RE PROP# 11---Abandonment Order dated 6/29/15

RE PROP# 12---Order Authorizing Auction dated 4/5/15 - end date for on-line auction is 5/5/15; Order authorizing Mayo Auction & Realty, LLC dated 4/5/15

RE PROP# 13---Order on Sale No. 2 dated 4/14/15 - private sale to CLW Recycling

Initial Projected Date of Final Report (TFR): 06/01/17         Current Projected Date of Final Report (TFR): 07/01/19

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 14-22722 | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | CATES SHEET METAL INDUSTRIES, INC. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0021  Checking Account |
| Taxpayer ID No: | *******9005 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 24,700,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/19/18 | | Trsf In From BOK Financial | INITIAL WIRE TRANSFER IN | 9999-000 | 105,843.52 | | 105,843.52 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 105,843.52 | 0.00 | 105,843.52 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 105,843.52 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals    105,843.52    0.00

LFORM24

**Case 14-22722    Doc# 175    Filed 04/16/19    Page 4 of 9**

Ver: 22.01a

| Case No: | 14-22722 | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | CATES SHEET METAL INDUSTRIES, INC. | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******4723 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9005 | | | |
| For Period Ending: | 03/31/19 | | Blanket Bond (per case limit): | $ 24,700,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/15 | | Mayo Auction & Realty | Payment of auctioneer funds Sale #1 | | 19,966.88 | | 19,966.88 |
| | 12 | MAYO AUCTION & REALTY | Memo Amount: 24,000.00 | 1229-000 | | | |
| | | | Proceeds from Court Approved Sale | | | | |
| | | | Regarding Sale No. 1, Doc. #62 - 2005 Peterbuilt Box | | | | |
| | | | Truck & 2000 Chevy Pickup Truck | | | | |
| | | MAYO AUCTION & REALTY | Memo Amount: ( 3,600.00 ) | 3610-000 | | | |
| | | | Commission | | | | |
| | | MAYO AUCTION & REALTY | Memo Amount: ( 433.12 ) | 3620-000 | | | |
| | | | AUCTIONEER'S EXPENSES | | | | |
| 06/23/15 | 000101 | THOMAS M. FRANKLIN | ATTORNEY FEES | | | 2,279.47 | 17,687.41 |
| | | The Franklin Law Office | Authorized per Court Order dated 6/4/15 | | | | |
| | | 9140 Ward Parkway, Suite 200 | Fees from 11/26/14 through 5/5/15 | | | | |
| | | Kansas City, MO 64114 | | | | | |
| | | | Fees 1,933.32 | 3210-000 | | | |
| | | | Expenses 346.15 | 3220-000 | | | |
| 06/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 19.96 | 17,667.45 |
| 07/31/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 26.47 | 17,640.98 |
| 08/18/15 | 6 | Stanley Bank | Litigation Financing Order 3/16/15 | 1180-000 | 35,251.01 | | 52,891.99 |
| 08/31/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 46.24 | 52,845.75 |
| 09/08/15 | 000102 | Lathrop & Gage LLP | ATTORNEY FEES | | | 35,251.01 | 17,594.74 |
| | | 2345 Grand Blvd, Suite 2200 | Authorized per Court Order dated 7/20/15 | | | | |
| | | Kansas City, MO 64108-2684 | For legal services during the period of 12/29/14 - 5/31/15 | | | | |
| | | | Fees 33,610.00 | 3210-000 | | | |
| | | | Expenses 1,641.01 | 3220-000 | | | |
| 09/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 47.27 | 17,547.47 |
| 10/13/15 | 13 | CLW Recycling, Inc. | Proceeds from Court Approved Sale | 1229-000 | 6,650.00 | | 24,197.47 |
| 10/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 31.18 | 24,166.29 |

Page Subtotals 61,867.89 37,701.60

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-22722 | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | CATES SHEET METAL INDUSTRIES, INC. | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******4723 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9005 | | | |
| For Period Ending: | 03/31/19 | | Blanket Bond (per case limit): | $ 24,700,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 34.75 | 24,131.54 |
| 12/31/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 35.86 | 24,095.68 |
| 01/14/16 | 6 | Stanley Bank | Litigation Financing Order 3/16/15 | 1149-000 | 38,797.93 | | 62,893.61 |
| 01/27/16 | 000103 | Lathrop & Gage LLP | ATTORNEY FEES | | | 38,797.93 | 24,095.68 |
| | | 2345 Grand Blvd, Suite 2200 | Authorized per Court Order dated 12/16/15 | | | | |
| | | Kansas City, MO 64108-2684 | For legal services during the period of 6/1/15 - 10/30/15 | | | | |
| | | | Fees          38,789.00 | 3210-000 | | | |
| | | | Expenses          8.93 | 3220-000 | | | |
| 01/29/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 66.13 | 24,029.55 |
| 02/29/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 35.17 | 23,994.38 |
| 03/31/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 35.56 | 23,958.82 |
| 04/29/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 34.36 | 23,924.46 |
| 05/31/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 35.46 | 23,889.00 |
| 06/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 34.26 | 23,854.74 |
| 07/29/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 35.35 | 23,819.39 |
| 08/31/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 35.30 | 23,784.09 |
| 09/22/16 | 6 | Stanley Bank | Litigation Financing Order 3/16/15 | 1149-000 | 30,520.20 | | 54,304.29 |
| 09/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 45.13 | 54,259.16 |
| 10/17/16 | 000104 | Lathrop & Gage LLP | ATTORNEY FEES | 3210-000 | | 30,520.20 | 23,738.96 |
| | | 2345 Grand Blvd, Suite 2200 | Authorized per Court Order dated 9/19/16 | | | | |
| | | Kansas City, MO 64108-2684 | For legal services during the period of 11/2/15 - 7/31/16 | | | | |
| 10/31/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 64.37 | 23,674.59 |
| 11/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 33.95 | 23,640.64 |
| 12/12/16 | 000105 | George E. Lins, C.P.A. | Accountant Fee | | | 4,906.22 | 18,734.42 |
| | | 6420 West 95th Street, Suite 202 | Authorized per Court Order dated 11/29/16 | | | | |
| | | Overland Park, KS 66212 | | | | | |
| | | | Fees          4,607.50 | 3410-000 | | | |

Page Subtotals      69,318.13      74,750.00

Case 14-22722   Doc# 175   Filed 04/16/19   Page 6 of 9

LFORM24

Ver: 22.01a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 14-22722 | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | CATES SHEET METAL INDUSTRIES, INC. | Bank Name: | BOK Financial |
| | | Account Number / CD #: | *******4723 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9005 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 24,700,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses  298.72 | 3420-000 | | | |
| 12/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 35.04 | 18,699.38 |
| 01/31/17 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 28.26 | 18,671.12 |
| 02/28/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 25.06 | 18,646.06 |
| 03/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 27.71 | 18,618.35 |
| 04/28/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 26.77 | 18,591.58 |
| 05/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 27.63 | 18,563.95 |
| 06/30/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 26.70 | 18,537.25 |
| 07/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 27.55 | 18,509.70 |
| 08/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 27.51 | 18,482.19 |
| 09/29/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 26.58 | 18,455.61 |
| 10/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 27.43 | 18,428.18 |
| 11/30/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 26.50 | 18,401.68 |
| 12/29/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 27.35 | 18,374.33 |
| 01/29/18 | | Lathrop Gage LLP | PROCEEDS FROM SETTLEMENT | | 88,968.51 | | 107,342.84 |
| | 6 | LATHROP GAGE LLP | Memo Amount:  1,200,000.00 | 1129-000 | | | |
| | | | PROCEEDS FROM SETTLEMENT | | | | |
| | | REBEIN, STEVEN R. | Memo Amount:  (  59,250.00 ) | 2100-000 | | | |
| | | | TRUSTEE'S FEES AND EXPENSES | | | | |
| | | | Authorized per Court Order dated | | | | |
| | | STANLEY BANK | Memo Amount:  (  198,196.85 ) | 3210-000 | | | |
| | | | Bank Fee Advancement | | | | |
| | | STANLEY BANK | Memo Amount:  (  10,255.33 ) | 2990-000 | | | |
| | | | Bank Interest on Fee Advancement | | | | |
| | | LATHROP GAGE LLP | Memo Amount:  (  42,612.75 ) | 3110-000 | | | |
| | | | ATTORNEY FEES | | | | |
| | | STANLEY BANK | Memo Amount:  (  800,716.56 ) | 4210-000 | | | |
| | | | Payment to Secured Creditor | | | | |
| 01/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 27.30 | 107,315.54 |
| | | | | Page Subtotals | 88,968.51 | 387.39 | |

LFORM24

Case 14-22722    Doc# 175    Filed 04/16/19    Page 7 of 9

Ver: 22.01a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-22722 | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | CATES SHEET METAL INDUSTRIES, INC. | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******4723  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9005 | | | |
| For Period Ending: | 03/31/19 | | Blanket Bond (per case limit): | $ 24,700,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 143.42 | 107,172.12 |
| 03/30/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 159.29 | 107,012.83 |
| 04/30/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 153.92 | 106,858.91 |
| 05/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 158.82 | 106,700.09 |
| 06/29/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 153.47 | 106,546.62 |
| 07/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 158.36 | 106,388.26 |
| 08/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 158.12 | 106,230.14 |
| 09/28/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 152.79 | 106,077.35 |
| 10/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 157.66 | 105,919.69 |
| 11/15/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 76.17 | 105,843.52 |
| 11/19/18 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 105,843.52 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,224,000.00 | COLUMN TOTALS | 220,154.53 | 220,154.53 | 0.00 |
| Memo Allocation Disbursements: | 1,115,064.61 | Less: Bank Transfers/CD's | 0.00 | 105,843.52 | |
| | | Subtotal | 220,154.53 | 114,311.01 | |
| Memo Allocation Net: | 108,935.39 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 220,154.53 | 114,311.01 | |

| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 1,224,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 1,115,064.61 | Checking Account - ********0021 | 0.00 | 0.00 | 105,843.52 |
| | | Checking Account (Non-Interest Earn - ********4723 | 220,154.53 | 114,311.01 | 0.00 |
| Total Memo Allocation Net: | 108,935.39 | | | | |
| | | | 220,154.53 | 114,311.01 | 105,843.52 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    107,315.54

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-22722 | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | CATES SHEET METAL INDUSTRIES, INC. | Bank Name: | BOK Financial |
| | | Account Number / CD #: | *******4723  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9005 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 24,700,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |